JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARNEY GARCIA<br>    Plaintiff,<br><br> vs.<br><br>CACH, LLC, LAW OFFICE OF DAVID SEAN DUFEK, DAVID SEAN DUFEK, an individual, MANDARICH LAW GROUP, LLP<br><br>    Defendants | CASE NO: 8:15-cv-00040-JLS-JEM<br><br>**ORDER ON JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Complaint Filed: January 11, 2015 |

1

# ORDER

Plaintiff's and Defendant's joint motion for dismissal of action with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii) is granted in accord with the terms of the joint motion. This action is hereby dismissed with prejudice, pursuant to F.R.C.P. 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Date: June 24, 2015

JOSEPHINE L. STATON
_____
Honorable Josephine L. Staton
United States District Judge